**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | |
| **IN RE:  PRADAXA (DABIGATRAN** | ) | **3:12-md-02385-DRH-SCW** |
| **ETEXILATE) PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **MDL No. 2385** |
| | ) | |

**This Document Relates To:**

> The **Member Actions** Subject to the NOTICE of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions **(MDL 2385 Doc. 636)** and Identified in Exhibit 1 Attached Thereto **(MDL 2385 Doc. 636-1)**

**JUDGMENT IN A CIVIL CASE**

**HERNDON, U.S. District Judge:**

> **DECISION BY COURT.** These matters are before the Court for the

purpose of docket control.

> **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 24, 2015(MDL 2385 Doc. 636), the member actions identified in Exhibit 1 to the parties' Stipulation of Dismissal (Doc. 636-1) are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> > **JUSTINE FLANAGAN,**
> > **ACTING CLERK OF COURT**
> >
> > **BY:___/s/*Caitlin Fischer***
> > **Deputy Clerk**

Dated: April 12, 2015

Digitally signed by
David R. Herndon
Date: 2015.04.12
07:03:44 -05'00'

APPROVED:
>      U.S. DISTRICT JUDGE
>      U. S. DISTRICT COURT